**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2005, I, as one of the attorneys in this case, caused the service of a true copy of *Respondents' Memorandum Opposition to Petitioners' Motion for Preliminary Injunction Requiring Advance Notice of Transfer or Release* and *Respondents' Objection to Petitioners' Related Case Designation* by first class mail and fax (215-782-8368) upon all counsel identified below.

Judith Brown Chomsky, Esq.
Law Offices of Judith Brown Chomsky
Post Office Box 29726
Elkins Park, PA 19027

DATED: August 22, 2005

/S/ Robert J. Katerberg
ROBERT J. KATERBERG
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6112
Washington, DC 20530
Tel.: (202) 616-8298
Fax: (202) 616-8460
e-mail: robert.katerberg@usdoj.gov

Attorney for Respondents