**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WALEED SAEED BN SAEED ZAID, et al.,**<br><br>**Petitioners,**<br><br>**v.**<br><br>**GEORGE W. BUSH, et al.,**<br><br>**Respondents.** | **Civil Action No. 05-1646 (JDB)** |

**MEMORANDUM OPINION & ORDER**

Presently before the Court are two motions filed by Waleed Saeed Bn Saeed Zaid, a citizen of Yemen who is detained by the United States at the United States Naval Station in Guantanamo Bay, Cuba ("Guantanamo") and who, on his own behalf and through his brother as next friend,[1] has challenged the legality of his confinement by a petition for a writ of habeas corpus.[2] The first of petitioners' motions asks the Court to issue a preliminary injunction ordering respondents to provide 30 days' notice prior to any transfer of Zaid from Guantanamo. The second motion requests that the Court compel respondents to provide petitioners with the government's factual return detailing the basis for Zaid's confinement and, additionally, that the Court require respondents to address the merits of the petition (i.e., to show cause as to why the writ should not be granted). Also before the Court is a motion by respondents to stay this case

---

[1] Petitioner and his brother will be referred to herein collectively as "petitioners."

[2] This case was recently transferred to the undersigned judge.

pending resolution of the appeals in In re Guantanamo Detainee Cases, 335 F. Supp. 2d 443 (D.D.C. 2005), and Khalid v. Bush, 355 F. Supp. 2d 311 (D.D.C. 2005), regarding whether the detention of the detainees in those cases violates any source of law.

With respect to petitioners' request for a preliminary injunction, this Court has previously considered -- and denied -- a motion by another Guantanamo detainee who sought notice prior to transfer from Guantanamo. See Al-Anazi v. Bush, 370 F.Supp. 2d 188, 193-99 (D.D.C. 2005). For the reasons stated in that opinion, the Court will deny petitioners' motion.

As for the request that respondents produce to petitioners the factual return that the Department of Defense has compiled for Zaid, the Court again will resolve this motion in a manner consistent with its prior rulings in Guantanamo cases. Respondents argue that production of any factual returns should await the D.C. Circuit's decision in the aforementioned appeals, asserting that it would be a waste of resources to require production of factual returns before the D.C. Circuit has decided whether they are even necessary and that release of the returns creates risks of inadvertent disclosure of classified information. Nevertheless, as this Court stated in Al-Anazi, "the factual return[] appear[s] necessary for ... counsel effectively to represent petitioners. Indeed, even initial conversations [between counsel and client] may be very difficult without access to that basic factual information." Id. at 200. Therefore, as in Al-Anazi, the Court will require respondents to produce the factual returns for petitioners within one hundred and twenty (120) days of the date of this order.

In response to petitioners' second motion, respondents filed a motion to stay this case pending resolution of the appeals in In re Guantanamo Detainee Cases and Khalid. For reasons of judicial economy and avoidance of unnecessary litigation, this Court has entered stays in all of

its cases involving habeas petitions by Guantanamo detainees.  See, e.g., Al-Anazi, 370 F.Supp. 2d at 199.  The Court sees no reason to treat this case differently and, therefore, will grant respondents' motion to stay the case pending appellate review of important issues relating to the rights of Guantanamo detainees to challenge the lawfulness of their detention.  As this Court said in Al-Anazi: "Nothing will be gained by this Court addressing issues the D.C. Circuit is about to decide, particularly since a stay would in any event be entered were petitioners to prevail before this Court on those core issues ...."  Id.  In light of the stay, the Court will suspend respondents' obligation to respond to the petition on the merits.  This stay shall not, however, prevent the parties from availing themselves of the procedures set forth below, nor shall it bar the filing or disposition of any motion for emergency relief.

Upon consideration of the foregoing, it is this 25th day of October, 2005, hereby

**ORDERED** that petitioners' motion for a preliminary injunction is **DENIED**; that petitioners' motion to compel production of the government's factual return and for a show-cause order is **GRANTED**; and that respondents' motion to stay proceedings pending related appeals and for coordination is **GRANTED**.  It is further

**ORDERED** that the case shall be stayed pending resolution of the appeals in In re Guantanamo Detainee Cases and Khalid, and that respondents' obligation to show cause why the petition should not be granted is suspended while the case is stayed.  It is further

**ORDERED** that the Court enters by way of reference the protective order and supplementary orders previously entered in In re Guantanamo Detainee Cases, No. 02-CV-0299, et al., by Judge Joyce Hens Green.  These include the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first

issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information," entered on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in the November 8, 2004 Amended Protective Order, issued on December 13, 2004.  And it is further

    **ORDERED** that respondents shall transmit factual returns to the Court and to petitioners' counsel within one hundred twenty (120) days of the date of this Order.

    /s/ John D. Bates
    JOHN D. BATES
    United States District Judge

Copies to:

Judith Brown Chomsky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY  10012-2317
Email: jchomsky@igc.org

    *Counsel for petitioners*


Robert J. Katerberg
Preeya M. Noronha
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC  20001
Email: robert.katerberg@usdoj.gov
Email: preeya.noronha@usdoj.gov

    *Counsel for respondents*