IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALEED SAEED BN SAEED ZAID, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1646 (JDB) |

## (PROPOSED) ORDER

Having considered Respondents' Motion to Stay Production of Factual Return, it is hereby

ORDERED that Respondents' Motion is GRANTED. Respondents' obligation to produce a factual return is stayed pending resolution of the effect of the Detainee Treatment Act of 2005 on this case.

IT IS SO ORDERED.


Dated: _____          _____
                                                                    United States District Judge