IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WALEED SAEED BN SAEED, ZAID, *et al.*, Petitioners, <br><br> *v.* <br><br> GEORGE W. BUSH, *et al.*, Respondents. | ) ) ) ) ) ) ) ) 05-CV-1646 (JDB) ) ) ) ) ) ) |

**NOTICE REGARDING
THE ABSENCE OF ATTORNEY-CLIENT COMMUNICATIONS**

On July 7, 2006, Respondents filed a Motion for Procedures Related to Review of Certain Detainee Materials, which seeks to create a mechanism for examining the attorney-client communications of detainees at Guantanamo. On August 7, 2006, this Court requested that each Petitioner give notice indicating whether any privileged communications have been made between the Petitioner and counsel prior to June 18, 2006.

Petitioner hereby gives notice that no attorney-client privileged communications have been made prior to June 18, 2006 between the Petitioner and his counsel, who have just recently received security clearance.

1

2

Date: August 8, 2006

                                            Respectfully Submitted,

                                                  /s/
                                            _____
                                            Judith Brown Chomsky
                                            LAW OFFICES OF JUDITH BROWN CHOMSKY
                                            P.O. Box 29726
                                            Elkins Park, PA 19027
                                            (215) 782-8367 (ph)
                                            (215) 782-8368 (fx)

                                            Attorney for Petitioner