IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WALEED SAEED BN SAEED ZAID, et al. | | |
| Petitioner, | | NOTICE OF FILING |
| v. | | |
| GEORGE W. BUSH, | | |
| Respondent. | | No. 05-cv-1646 (JDB) |

Notice is hereby given that on May 3, 2007, pursuant to the Protective Order applicable in this case, Petitioner submitted to the Court Security Officer a copy of Petitioner's Opposition to Respondent's Motion to Dismiss.

Dated this 3rd day of May, 2007.

/s/
Judith Brown Chomsky
LAW OFFICE OF JUDITH BROWN CHOMSKY
P.O. Box 29726
Elkins Park, PA 19027
Tel:   (215) 782-8367
Fax:   (215) 782-8368
Email: jchomsky@igc.org
Attorney for Petitioner