# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WALEED SAEED BN SAEED ZAID, et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | No. 05-cv-1646 (JDB) <br><br> **NOTICE OF FILING OF PETITION IN THE COURT OF APPEALS UNDER THE DETAINEE TREATMENT ACT** |

      On May 10, 2007, Petitioner filed, in the United States Court of Appeals for the District of Columbia Circuit, a Petition under the Detainee Treatment Act of 2005, Pub. L. No. 109-148, §§ 1001-1006, 119 Stat. 2680, 2739-45 (Dec. 30, 2005).  The Petition was filed with the Court Security Officer pursuant to the Protective Order applicable in this case.

Dated: May 14, 2007

Respectfully submitted,

/s/

Judith Brown Chomsky  
Law Offices of Judith Brown Chomsky  
P.O. Box 29726  
Elkins Park, PA 19027  
Phone: (215) 782-8367  
Fax: (215) 782-8368  
Email: jchomsky@igc.org