IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALEED SAEED BN SAEED ZAID

    *Petitioner,*

    **v.**

GEORGE W. BUSH, *et al.,*

    *Respondents.*

Case No. 1:05-CV-1646 (JDB)

## PETITIONER'S MOTION TO SCHEDULE AN IMMEDIATE STATUS CONFERENCE

Petitioner respectfully moves this Court to set this matter down for an immediate status conference.

On June 12, 2008, the Supreme Court handed down its opinion in *Boumediene v. Bush*, ruling that prisoners at Guantanamo have *habeas corpus* rights protected under the U.S. Constitution; that the review procedures of the Detainee Treatment Act are not an adequate substitute for *habeas corpus*; and that the Military Commissions Act, insofar as it purported to strip the courts of *habeas corpus* jurisdiction, is unconstitutional. The Court stated that it was now up to the trial courts to resolve questions regarding "the legality of . . . detention" of Guantanamo detainees, Slip op. at 2, emphasizing, "The detainees in these cases are entitled to a *prompt* habeas corpus hearing." Slip op. at 66 (emphasis added). The Court should hold a status conference as soon as possible to consider, among other matters, a schedule for prompt resolution of Petitioner's claims. Petitioner has been incarcerated at Guantanamo since 2003, *i.e.*, for well over four years. He has been awaiting a hearing on his *habeas corpus* petition since

it was filed in the summer of 2005, almost three years ago. Taking to heart Justice Kennedy's injunction that detainees in Petitioners' circumstances are entitled to a "prompt" hearing, there is thus every reason to hold a status conference and to establish a schedule for resolution of this matter at the earliest possible time.

Furthermore, given *Boumediene*'s clear requirement that this Court hear Petitioner's *habeas corpus* claim, Respondents' motion to dismiss this case, which is currently pending before this Court, should be denied.

Dated: June 16, 2008

                    Respectfully submitted,

                    _____/s/_____

                    Judith Brown Chomsky
                    Law Office of Judith Brown Chomsky
                    8120 New Second St.
                    Elkins Park, PA 19027
                    (215) 782-8367
                    (215) 782-8368 (fax)
                    jchomsky@igc.org