IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALEED SAEED BN SAEED ZAID**<br><br>*Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>*Respondents.* | Case No. 1:05-CV-1646 (JDB) |

**ORDER**

This matter comes before the Court on Petitioner's motion to schedule an immediate status conference. The Court has considered the papers submitted in support of and in opposition to such motion, and is otherwise duly advised of the premises. It is now, therefore, upon consideration,

ORDERED, that Petitioner's motion hereby is GRANTED; and it is further

ORDERED, that this matter is set down for a status conference on _____, 2008, at ___ [a.m.] [p.m.] in Courtroom ___.

_____
The Honorable John D. Bates
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008
      Washington, D.C.