UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALEED SAID BN SAID ZAID,**<br><br>　　Petitioner,<br><br>　　　v.<br><br>**BARACK H. OBAMA, et al.,**<br><br>　　Respondents. | Civil Action No.  05-1646 (JDB) |

## ORDER

Upon consideration of [167] petitioner's motion for extension of time to reply to respondents' opposition to petitioner's request for additional discovery under § I.E.2 of the Case Management Order, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.  The Court's Case Management Order is amended as follows:

1. Petitioner's reply in support of his § I.E.2 request shall be filed by not later than March 2, 2009 and respondents shall produce additional discovery under § I.E.2 by not later than March 23, 2009.

2. Petitioner shall file his traverse pursuant to § I.G by not later than March 27, 2009.

3. The parties shall meet and confer and file a status report pursuant to § I.H by not later than April 3, 2009.

4. A status hearing will be held pursuant to § I.H. on April 8, 2009 at 9:00 a.m. in Courtroom 8.

5. The schedule for briefing on the parties' motions for judgment on the record previously set forth in the Court's December 22, 2008 is temporarily suspended.

-2-

The Court will issue an amended briefing schedule after the April 8 status conference.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date:   February 24, 2009