UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALEED SAID BN SAID ZAID,**<br><br>Petitioner,<br><br>v.<br><br>**BARACK H. OBAMA, et al.,**<br><br>Respondents. | Civil Action No.  05-1646 (JDB) |

## ORDER

Pursuant to the status conference held on May 7, 2009, and the entire record herein, it is hereby **ORDERED** as follows:

1. Counsel for respondents shall confer with representatives of the Department of Defense to determine the status of the production of medical records requested by petitioner and shall file a status report by not later than May 15, 2009 that specifies precisely when those medical records will be produced to petitioner.

2. The Court notes that counsel for respondents represented at the status conference that respondents do not intend to further amend the factual return in this case.

3. The briefing schedule for motions for judgment on the record pursuant to § III.A.1 of the Case Management Order in this case is modified as follows: respondents' motion for judgment on the record shall be filed by not later than May 29, 2009; petitioner's opposition shall

be filed by not later than June 15, 2009;[1] and respondents' reply shall be filed by not later than June 22, 2009.

    4.    An evidentiary hearing shall be held in this case, if necessary, on August 25, 2009, at 9:30 a.m. in Courtroom 15.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:   May 7, 2009

---

[1] Counsel for petitioner represented that petitioner does not intend to file a cross-motion for judgment on the record.