IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WALEED SAEED BN SAEED ZAID (ISN 550),<br><br>Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, et al.,<br><br>Respondents. | Civil Action No. 05-CV-1646 (JDB) |

**STIPULATION AND ORDER**

Upon consideration of the Stipulated Motion for Voluntary Dismissal Without Prejudice and for Continued Access Pursuant to the Protective Order, it is hereby **STIPULATED** and **ORDERED** that:

1. Petitioner Waleed Saeed Bn Saeed Zaid's (ISN 550) Petition for a Writ of Habeas Corpus is hereby **DISMISSED** without prejudice to his right to re-file such a petition at any time.

2. This dismissal without prejudice does not waive, and shall not be construed as a waiver of, any ground for relief that Petitioner may currently have, and Respondents will not contend otherwise if a petition is re-filed.

3. The Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, issued by Judge Hogan on September 11, 2008, in *In re Guantanamo Bay Detainee Litigation*, No. 08-MC-442 (TFH) (D.D.C.) (Dkt. No. 235), and entered in this case (Dkt. No. 57) on the same date (the "Protective Order") shall remain in effect

and continue to govern Petitioner Zaid's access to counsel while he remains confined at Guantanamo Bay and has the right to seek further relief by habeas corpus, whether or not he actually continues to have a petition pending before the Court.

4. This Stipulation and Order is without prejudice to the parties' rights to seek to set aside, modify or otherwise obtain relief from any provision herein or of the Protective Order on any ground that could be or could have been raised at any time, except that Respondents may not raise any objection or argument based on waiver as described in paragraph 2 above.

5. The Court shall retain jurisdiction to enforce the terms of this Stipulation and Order.

SO ORDERED.

_____
John D. Bates, United States District Judge

May 20, 2013